Kevin Wallace
#1366449
550 E. Madison St.
Baltimore Md.
21202

Baltimore City
Police Department
State of Maryland
et. Al.

42 U.S.C 1983

On 8/22/25 Mr. Marquece Delsean Yarborough reported to officer Kunkus that he had been robbed at gunpoint by a person he knows by the name Kevin Wallace. Mr. Yarborough shows a news artical of Mr Kevin Wallace dated 2022. With the artical and a verbal statement only officer deemed that was enough to seek a warrent for an arrest of Mr. Kevin Wallace.

Mr. Wallace is now being Detained based on hearsay. Mr. Wallace now has lost his Job and risk lossing his livlyhood base on a verbal statement only.

I requested for a bail in this matter and it was denied.

I asking the courts to grant a bond in this matter so that my rights as a U.S citizine is not violated.

I m requesting $100,000.00 in punitive, Monetary and injunctive damages for these violations of my rights

X Wallace

form porpus

I Kevin Wallace is presently incarcerated and do not have the proper funds to pay for the filing of this 42 U.S.C. 1983 form and pray that this court accepts this as a copy of formal porpus.

*Wallace*

## Certificate of Service

On this 16th day of Sept. I Kevin Wallace mail a copy of the pro. se 42 U.S.C. 1983 the the United State District Court 101 West Lombard St Baltimore Md 21201

/s/ Wallace